Elham Azimy, Esq.   SBN: 207274
Azimy Law, APC
4521 Campus Dr. #413
Irvine, California 92612
Telephone: (949) 572-8197
Fax: (949) 334-6474
eazimy@a-lawfirm.com

Attorney for Applicant, Medical Incorporated Association Smile Create dba Jingumae Orthodontics

RECEIVED

MAY 06 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### -SAN JOSE DIVISION-

IN RE EX PARTE APPLICATION OF MEDICAL INCORPORATED ASSOCIATION SMILE CREATE DBA JINGUMAE ORTHODONTICS,

Applicant,

Case No. **5:21. MC 80111 VKD**

**EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C §1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING AND MEMORANDUM AND DECLARATION IN SUPPORT THEREOF**

**TO THE HONORABLE COURT, TO DEFENDANTS AND TO ALL PARTIES WITH AN INTEREST HEREIN:**

1

Applicant, Medical Incorporated Association Smile Create dba Jingumae Orthodontics (hereinafter referred to as "Smile Create"), a professional corporation, organized and existing under the laws of Japan, hereby applies to this Court ex parte for an order permitting discovery from Google, LLC (hereinafter referred to as "Google") for use in a court proceeding in Japan pursuant to 28 U.S.C. § 1782.

The proposed subpoena attached to this application seeks from Google documents and information relating to certain Google accounts which certain anonymous statements, that under Japanese law, constitutes defamation against Smile Create.

This Application is supported by the accompanying declarations of Yuichi Nakazawa, an attorney in Japan who represents Smile Create; the Declaration of Dr. Yasuhiro Itsuki, director and owner of Smile Create and the Declaration of Marianne Mu; who translated the google reviews from Japanese to English.

## I.   **BACKGROUND**

Smile Create was established in February 14, 2006 and is located at *Trinity Bldg. 8F, 3-23-3, Jingumae, Shibuya-ku, Tokyo(ZIP 150-0001)*. Telephone number 0120-418-376. The web site for Smile Create is *http://www.yoiha.jp/*. (Decl. Itsuki ¶1). Smile Create is an Orthodontic Dental office which performs all comprehensive orthodontic services for its patients. (Decl. Itsuki ¶3). Smile Create consists of twelve employees in total; with four (4) Orthodontists, three (3)

nurses and five (5) office staff.  (Decl. Itsuki ¶3).  Smile Create's director and head Orthodontist is Dr. Yasuhiro Itsuki (hereinafter referred to as "Dr. Itsuki").  Dr. Itsuki graduated from Tohoku University School of Dentistry in 1991.  (Decl. Itsuki ¶4).  Dr. Itsuki is a member of the following academic society memberships: Japanese Cleft Palate Association; Tokyo Orthodontic Society; The Japanese Society for Jaw Deformities; Japanese Orthodontic Society (Certified Doctor and Clinical Advisor); American Association of Orthodontists (AAO); European Orthodontic Society (EOS); Japan Advanced Orthodontic Society (Chairman of the Board); Nagasaki University School of Dentistry: guest lecturer on a part-time basis; Yokohama Rosai Hospital-Training in Dentistry and Oral Surgery and World Federation of Orthodontics.  (Decl. Itsuki ¶4)

Dr. Itsuki believes that during the corona virus lockdowns in Japan, it is a possibility that competitors of Smile Create posted anonymous negative online reviews in order to gain business that would otherwise go to Smile Create.  (Decl. Itsuki ¶6).  Dr. Ituski finds it hard to believe that an actual patient would not post their real name so that the Orthodontic office can professionally address the legitimate complaint of its patients. (Decl. Itsuki ¶6).

## Google Reviews that are Considered Defamatory Under Japanese Law

### Google Review 1: *荒木希望 (ARAKI, NOZOMI or KIBOU)*

On April 17, 2020 a google review was posted on Dr. Itsuki's website by

3

荒木希望 *(ARAKI, NOZOMI or KIBOU)* with the post URL address of:

https://www.google.com/maps/contrib/108817245039663073232/place/ChIJryQV
RKOMGGARfG-zuwD4kww/. (Decl. Itsuki ¶7)

　　　　As translated from Japanese to English, the post by 荒木希望 *(ARAKI,
NOZOMI or KIBOU)* states:

"The doctors and receptionists just have a bad attitude.  You'll get treatment
that you weren't even told about before hand. It took four years to get off the
orthodontic appliance, well past the originally planned time frame.  Their treatment
of patients is terrible, even with the high price.  I don't understand why the reviews
here are so high.  You need to change your attitude towards work, including the
staff. I will never use them again."

**Google Review 2 山美 *(YAMAMI):***

　　　　On February 4, 2020, a google review was posted on Dr. Itsuki's Google
Reviews by 山美 *(YAMAMI)* with post URL address of:

https://www.google.com/maps/contrib/109210795175448792673/place/ChIJryQV
RKOMGGARfG-zuwD4kww/.  (Decl. Itsuki ¶8)

　　　　As translated by Japanese to English, the post by 山美 *(YAMAMI)*
states:

"Anyway, it takes a long time. I think it's twice as long as other hospitals. The
good thing is that there's no loan or credit, so it's a good deal to pay in installments

with no interest rate, but there are so many people there that it's hard to get an appointment. As a result, it takes a long time. Furthermore, the instruments and the teeth will be stubbornly bumped against each other and the teeth will chip 🦷 It won't be able to heal."

**Google Review 3 ひのっき *(HINOKKI)***

On January 16, 2020, ひのっき *(HINOKKI)* posted on Dr. Itsuki's page on Google reviews, with URL post address of: https://www.google.com/maps/contrib/107024859518535527176/place/ChIJryQV RKOMGGARfG-zuwD4kww/.  (Decl. Itsuki ¶9)

1.  As translated by Japanese to English, the post by ひのっき *(HINOKKI)* states:

"I've been going there for 2.5 years now. With the exception of the posts that have been unnaturally raved about in other people's word-of-mouth, I can relate to both the good and the bad content to a certain extent (especially the bad ones). It would still be better if the director could be a little more individualized, but the actual response time is only a few minutes, and there seems to be a sense of clumsiness when he's clearly busy, for example. As you wrote, the majority of procedures are done by the staff, so it's actually quite different for each person. There are many times when I feel uncomfortable. The discomfort varies from person to person, but if there is a reason why I don't recommend it, it's because you

can't get an appointment. Even if you want to make an appointment on the shortest

possible date, it will take about every 1.5 months on average. So, it would be less

of a shock to you if you think of it as 1.5 to 2 times longer than the period of time

you were told at counseling. If you think about it that way, it will take another year

and a half for me."

**Google Review 4 ES**

On or about April 8, 2020, ES posted on Dr. Itsuki's page on

Google reviews, with URL post address of

https://www.google.com/maps/contrib/107360944378522249996/place/ChIJryQV

RKOMGGARfG-zuwD4kww/.  (Decl. Itsuki ¶10)

As translated by Japanese to English, the post by ES states:

"I was told that I had lost one nerve while in braces. I wanted to get it

cleaned up and I was too shocked that the nerve was lost due to orthodontics even

though I had no cavities."

**Google Review 5 N .Y**

On June 19, 2019, N .Y posted on Dr. Itsuki's Google review, with

URL post address of:

https://www.google.com/maps/contrib/113193389403572307232/place/ChIJryQV

RKOMGGARfG-zuwD4kww/.   (Decl. Itsuki ¶11)

As translated by Japanese to English, the post by N .Y states:

6

The good… the impression of my face changing because my teeth are straight.  The bad… which is significantly more than the good news. It's probably just a matter of individual difference but bottom line it took over 4 years. There were times I felt that they were purposefully stretching this for the money.  My teeth kept hitting the mechanisms and even when I got anxious and asked questions when there were clearly several cracks or chips, all they did was make excuses. As a result, even though my teeth are straighter and my appearance has improved, my personal complexes about my teeth have increased.  Not only does it not sit well that they mistook my patient registration card for someone else's or mistaking my appointment times, there is no consistency among the staff that every time I showed up to an appointment they would apologize for "the incident last time" for months on end making me sick of hearing of it all and furthering my distrust for them.  Again, the same as I just mentioned, information is not shared among the staff and they kept repeating over and over how sorry they were.  The doctors exam is always just the last 5-10 min. The adjustments are pretty much just by the hygienist.  On top of that, depending on the person there is a significant amount of superiority.  You have more time with the doctor if you've gotten your mouthpiece adjusted or the wires are done being adjusted.

Anyways, you could count on feeling irritated every single visit. LOL

7

I feel that I also was manipulated in the beginning with the politeness of the counseling and the way they seemed they would guide you through the process. One of my acquaintances works with the medical director so I was doing my best to play nice with him but I only spoke to him for 5 minutes the first 1-2 times that I saw him and he doesn't seem to be the type of person to not say hello when passing by in an elevator so I really think that it'd be much better if they were just more careful.

**Google Review 6 p A**

On October 11, 2020, p A posted on Dr. Itsuki's Google review, with the URL post address of:

https://www.google.com/maps/contrib/107834941489108171103/place/ChIJryQV RKOMGGARfG-zuwD4kww/. (Decl. Itsuki ¶12)

As translated by Japanese to English, the post by p A states:

"The more you look into orthodontic cases and other details, the more you'll learn about the overwhelmingly high level of skill here.  If you're particularly difficult to treat, you'll almost always choose Jingumae Orthodontics. The director seems to be well known in the industry for his high level of skill. The cost is not too high, but not too high either. I think it's worth it to go for a consultation at least once.  However, I was concerned about the cleanliness of the clinic, the assistants (they would stick their hands in my mouth after picking at my ear canals), and I

also felt that I wanted to spend more time communicating with the director because of my specific needs."

**Google Review 7 m**

On November 23, 2020, m posted on Dr. Itsuki's Google review, with the URL post address of:

https://www.google.com/search?q=%E7%A5%9E%E5%AE%AE%E5%89%8D%E7%9F%AF%E6%AD%A3%E2%BB%AD%E7%A7%91&oq=%E7%A5%9E%E5%AE%AE%E5%89%8D%E7%9F%AF%E6%AD%A3%E2%BB%AD%E7%A7%91&aqs=chrome..69i57j69i61&sourceid=chrome&ie=UTF-8#lrd=0x60188ca3441524af:0xc93f800bbb36f7c,1,,  (Decl. Itsuki ¶13)

As translated by Japanese to English, the post by m states:

"Don't get caught up in the good word of mouth. The reason they have a good reputation is because the director is very good at charming himself. The proof of this is that he works hard to promote himself externally by posting good pictures on social media and in the hospital and with his staff. It's a sham. I am the president of the Japanese Society of Advanced Orthodontics, but this is just a mere society founded by the director, and it's something you can become a member of by paying the society fee, not a qualification.  They tout the fact that he is a clinical supervisor, but there are many doctors in Tokyo who have superior qualifications to the specialists above them and many other excellent qualifications.  The clinic is like a religion, as the director seems to have a policy of not talking to and taunting

patients he doesn't like.  There are also several reviews on the website that after starting treatment, they won't take up anything inconvenient to discuss with you. If you don't want to make a mistake, please judge the arrogant behavior of the director during the consultation objectively to find out if the doctor is really trustworthy. By the way, the response has only gotten worse since the first consultation.  I decided to go here because of the atmosphere of the hospital and the first counselor's response, but the response changed suddenly from the second time, and I learned that the first time was a mended response."

**Google Review 8**

On November 23, 2020, kc posted on Dr. Itsuki's Google review, with the URL post address of:

https://www.google.com/maps/contrib/111239588369097614950/place/ChIJryQV RKOMGGARfG-zuwD4kww/.  (Decl. Itsuki ¶14)

As translated by Japanese to English, the post by kc states: "We often see word of mouth that the treatment period was significantly prolonged, but I think this is what this clinic is all about: - Lack of knowledge as a doctor who cannot determine in advance the realistic duration of treatment. This is what this clinic is all about.  The human nature of the director, who makes excuses for the individual differences in the treatment he provides.  Dishonesty in communicating a realistic

timeframe and refusing to proceed with treatment on an agreed upon basis.  The director is a proud, stomping old type of doctor."

## Analysis of Defamation under Japanese Law

In Japan, defamation can be prosecuted civilly against the defamer based on tort under Article §§709,710 of the Civil Code of Japan.  Article §709 states: "A person who has intentionally or negligently infringed any right of others, or legally protected interest of others, shall be liable to compensate any damages resulting in consequence".  (Decl. Nakazawa ¶25).  Article §710 states: "Persons liable for damages under the provisions of the preceding Article must also compensate for damages other than those to property, regardless of whether the body, liberty or reputation of others have been infringed, or property rights of others have been infringed".  (Decl. Nakazawa ¶25).   Under Article §723 of the Civil Code of Japan, "the Court may, at the request of the victim, order a person who defamed others to effect appropriate measures to restore the reputation of the victim in lieu of, or in addition to, damages".  (Decl. Nakazawa ¶25).  As expressly stated under Article §724 of the Civil Code of Japan, "the right to demand compensation for damages in tort shall be extinguished by the operation of prescription if it is not exercised by the victim or his/her legal representative within three years from the time when he/she came to know of the damages and identity.  The same shall apply when twenty years have elapsed from the time of the tortious act" (Decl. Nakazawa ¶25).

Furthermore, in Japan, Freedom of Expression for its citizens are Codified under the Constitution of Japan as follows: Article 21.  Freedom of assembly and association as well as speech, press and all other forms of expression are guaranteed; Article 13.  All of the people shall be respected as individuals. Their right to life, liberty, and the pursuit of happiness shall, to the extent that it does not interfere with the public welfare, be the supreme consideration in legislation and in other governmental affairs.  (Decl. Nakazawa ¶26).  Article 21 of the Japanese Constitution guarantees freedom of expression, but because of Article 13 and cases that have provided clarity on the issue, the freedom of expression does not protect defamatory expressions.  (Decl. Nakazawa ¶26).

**Analysis of Japanese Freedom of Speech Law and the Google Reviews:**

a)  Regarding the post by 荒木希望 *(ARAKI, NOZOMI or KIBOU)*.  After speaking to Dr. Itsuki and analyzing the review: In this review, it is stated that the doctor's attitude is bad and that the doctor will make you "get treatment that you weren't even told about beforehand." This gives the false impression that the doctor provides treatment without providing explanation or obtaining consent and therefore, the doctor's reputation will be damaged.  However, since Dr. Itsuki and his staff always explains the details of the treatment and obtains the consent of the patient, the contents of this report are false.  This review report is untrue and is defamatory to my client.  (Decl. Nakazawa ¶27 (a)).

12

b).  Regarding the Google Review by 山美 *(YAMAMI):* In this review, it is stated that "the teeth are chipped because the appliance and the teeth hit against the teeth" and "there is no way to fix the problem".  However, there is no danger of the appliance hitting the teeth and chipping them when the client is in treatment. It is possible for a tooth that is originally cracked or worn and thin to be chipped due to a change in bite during treatment (although we explain that this can happen and mention it in the treatment agreement). However, there is no risk of the treatment instrument chipping against the tooth.  In addition, the client treats the patient until the patient is cured, so if the patient continues to treat until the end of the treatment, the patient will not be cured. Therefore, this review is untrue and violates the client's honorary rights.  (Decl. Nakazawa ¶27 (b)).

c) Regarding the Google Review by ひのっき *(HINOKKI)*, the reviewer states, "I think it would be less of a shock if you think of it as 1.5 to 2 times longer than the period of time they tell you at the counseling. If you think about it, it will take another year and a half for me. It is stated that "it will take about a year and a half for me to get there. Such a statement may give a false impression to the reader as if the customer is being induced to sign a contract with the company by explaining a short period of time to Dr. Itsuki during the counseling session, which would damage the reputation of Dr. Itsuki in society.  However, the counseling

mentioned in this review report is supposedly a free counseling service offered by Dr. Itsuki, and since the counseling is in the free stage, it only allows for a brief discussion of photos and x-rays, and therefore does not give an exact duration of the counseling, but rather says, "Our clinic offers the usual simple They only talk in the abstract: "The average is about 1.5 to 2 years for the cases with the disease.

Despite this, the statement is misleading and misrepresents the facts, as it gives the impression that what is described as the exact duration of treatment is very different from what it actually is, giving the impression that the client is deceiving and disadvantaging his or her patients.  Therefore, this review statement is untrue and violates the client's right to reputation. (Decl. Nakazawa ¶27 (c)).

    d)   Regarding the Google Review by ES: This review report in this case says, "I was told that one nerve was lost during orthodontics. It was too shocking that a nerve was lost due to orthodontic treatment even though I didn't have any cavity.  Such a statement of "I was too shocked" as if it was a sudden event could give a bad impression that the nerve was lost during the orthodontic treatment, even though there was no prior explanation of your treatment, and it would damage your reputation in society.  However, the Dr. Itsuki and staff always fully explains that one of the risks of orthodontic treatment in the first place is the possibility of losing the nerve of the tooth, and it is stated in the treatment agreement at the time

of the contract, so the patient understands and is convinced that the treatment will be performed.  Despite this, making statements that give the impression that there was no prior explanation is a misleading statement and misrepresents the facts. Therefore, the review statement is untrue and violates the client's honorary rights. . (Decl. Nakazawa ¶27 (d)).

e)    Regarding the review by N .Y: In this review, there is a statement that says, "I guess it depends on the individual, but as a result, it took me more than 4 years to complete the treatment. There were many times when I thought that the treatment was being stretched out for money." In this case, it could give a bad impression to the viewers that the client deliberately prolonged the treatment for the purpose of earning a commission, and therefore, the social reputation of the Dr. Itsuki would be diminished.  However, our clients do not deliberately delay treatment in order to earn reimbursement. In the case of the review report, a person who may have been the author of the review report took 4 years to complete the treatment because the person missed several months of treatment and cancelled appointments more than 15 times, and because of the person's behavior, the client did not stall.  Also, the review in this case made it sound as if the orthodontic appliance continuously bumped against the teeth in the client's treatment and cracked the teeth, and this statement also damages Dr. Itsuki's reputation in society.  However, in treating the client, it is unlikely that the treatment instrument

continuously hits the tooth, and if the instrument hits the tooth and cracks it, there is likely to be considerable pain, but no such incident has ever occurred in the client's clinic.  In addition, it is stated as if the doctor's examination is only 5 to 10 minutes each time, which is also not true, as the doctor's examination is not necessarily shorter than 5 to 10 minutes each time, depending on the treatment. Therefore, the review statement is untrue and damages Dr. Itsuki's reputation. (Decl. Nakazawa ¶27 (e)).

f)   Regarding the Google Review by p A:  The review in this case stated that the assistant working at the client's clinic would put her hands in her own ears and then put her hands directly into the patient's mouth, which would cause the Dr. Itsuki to be regarded as an unhygienic clinic, which would damage his reputation in society. However, although the assistant in Dr. Itsuki's clinic also wears medical gloves and touches the patient's mouth, it is not possible for her to put her hand in her own ear with the gloves on in the first place, and it is not possible for her to put her hand in the patient's mouth after touching someone else's skin etc.  Therefore, the review communication in this case is contrary to the facts and damages Dr. Itsuki's reputation.  (Decl. Nakazawa ¶27 (f)).

g) Regarding Google review by m: This review is saying "This is not a qualification but a mere academic society founded by the medical director that

16

anyone can become a member of if you pay a fee", "The selling point is that he's a clinical instructor but being a specialist is a better qualification than this" mocking the director.  The review is intended to reduce the societal reputation and trust of the client by saying the director is advocating that a non qualification is a qualification and taunting that he is using the selling point of being an instructor that is inferior to a specialist. However, my client is only displaying that they are a member of the society and not claiming that it is a qualification nor are they making being a clinical instructor the selling point. Furthermore the expression "It's a religion-like clinic because is seems like there is a policy that the patients not liked by the director are not even spoken to" is intended to provide a negative impression of the clinic and that it is a strange group with peculiar ideals by using the word "religion-like" thus it having malicious intent and it reducing the clinics social reputation. However, of course there is no policy of not speaking to non-liked patients, and it is not a group that has peculiar ideals so clearly this is a false statement. Other items in the post saying "don't be fooled by the good reviews", "the interactions only get worse", "The interaction was suddenly difference from the 2nd time and that is when I realized the first visit was just a facade" have no basis with many expressions that unilaterally taunt my client. Therefore, this

review is not factual and infringes on my clients right to honor. (Decl. Nakazawa ¶27 (g)).

h) Regarding the review by kc: First of all, the review says things like "the lack of knowledge as a doctor", "the (questionable) human nature of the director to blame individual differences as an excuse", "The dishonesty of him not trying to proceed with treatment with consent.", "An old fashioned doctor who is prideful and has a superiority complex" which is content that is insulting and is attacking the personality of the director making it beyond the range of expressions that are acceptable. In addition, it is clear that the client's social reputation as a doctor will be lowered by the malicious statements that he cannot judge the treatment period, that he uses individual differences as an excuse, and that he proceeds with the treatment without the patient's consent. However, it is a fact that individual differences occur in orthodontics due to the condition of the patient's mouth, and this is not an excuse. In addition, the treatment period may be prolonged due to the patient's own lack of cooperation in the treatment, such as the patient frequently changing the appointment or neglecting to wear the orthodontic appliance. Therefore, this review is not an issue of one's knowledge as a doctor. Therefore, this review is an insult to the Director and also constitutes defamation against the facts against the client. (Decl. Nakazawa ¶27 (h)).

## II.   **ARGUMENT**

### A. Legal Standard

An applicant seeking discovery for use in a foreign proceeding must demonstrate that (1) the person from who the discovery is sought or is found in this district, (2) the discovery is for use in a proceeding before a foreign tribunal, and (3) the application is made by a foreign or internal tribunal or any interested person. 28 U.S.C. § 1782; *In re The Republic of Ecuador, Case No. C-10-80225 MISC CRB (EMC), 2010 U.S. Dist. LEXIS 102158 (N.D. Cal. Sept. 15, 2010) at *1.*

In exercising its discretion under 28 U.S.C. § 1782, a district court should further consider the following non-exhaustive factors: "(1) whether the "person whom the discovery is sought is a participant in the foreign proceeding"; (2) "the nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government or the court or agency abroad to U.S. federal-court judicial assistance"; (3) whether the discovery request is an "attempt to circumvent proof gathering restrictions or other policies of a foreign country or the United States"; and (4) whether the discovery requested is "unduly intrusive or burdensome." *In re Apple Inc., 2012 U.S. Dist. LEXIS 66669, 3-4 (N.D. Cal. May 2, 2012) (quoting Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241, 264-265 (U.S. 2004)).*

**B. SMILE CREATE'S Application Meets All of the Statutory**
**Requirements under 28 U.S.C. § 1782**

**1. Google, LLC Whom Discovery Sought is located in this District**

Google, LLC, from whom the discovery requested in this application is sought, is located in Mountain View, California.  Therefore, Google, LLC is within this Court's district. (Decl. Nakazawa ¶29).

**2. The Requested Discovery is for Use in a Proceeding in Japan**

The discovery requested in this application must be utilized for a proceeding before a foreign tribunal.  The foreign proceedings need not be commenced before 28 U.S.C. § 1782 may be invoked.  It is enough that such proceedings are "likely to occur" or are "within reasonable contemplation." *Intel Corp v. Advanced Micro Devices, Inc., supra at 258-259 (quoting In re Letter Request From Crown Prosecution Service of United Kingdom, 870 F.2d 686, 691 (DC Cir. 1989)).*

SMILE CREATE intends to bring a lawsuit in Japan against the person(s) associated with the Google account in question as soon as the person's identity has been ascertained through the discovery sought by this application.  (Decl. Nakazawa ¶28, ¶29). Thus, the requirement that the discovery be for use in a foreign proceeding is met.

**3. SMILE CREATE is the Interested Party under**
**28 U.S.C § 1782, Whom May Make this Application.**

20

The application to seek discovery pursuant to 28 U.S.C. § 1782 may be made by any "interested person".  As a Plaintiff in the anticipated litigation in Japan, SMILE CREATE is clearly an interested person under 28 U.S.C. § 1782.

## C. SMILE CREATE'S Application Further Meets All of the Discretionary Factors under Intel.

### Google, LLC is Not a Participant in the Foreign Proceeding

The first Intel. factor asks whether the "person from whom discovery sought is a participant in the foreign proceeding." *Intel, 542 U.S. at 264.*  If the person is a participant, "the need for § 1782(a) aid generally is not as apparent as it ordinarily is when evidence is sought from a non-participant in the matter arising abroad" because "[a] foreign tribunal has jurisdiction over those appearing before it, and can itself order them to produce evidence." *Id.*  "In contrast, nonparticipants in the foreign proceeding may be outside the foreign tribunal's jurisdictional reach; hence, their evidence, available in the United States, may be obtainable absent §1782 (a) aid." *Id.*

Google, LLC is not a participant in the anticipated Japanese lawsuit.  (Decl. Nakazawa ¶29).  Additionally, the documents that SMILE CREATE seeks are in the United States and not in Japan.  Thus, the information sought is out of Japan's tribunal reach.

### 1. The Requested Information is relevant to SMILE CREATE'S Impending Lawsuit in Japan and the Japanese Court's Would be Receptive to this Court's Assistance

"A court presented with a § 1782(a) request may take into account the nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government or the court agency abroad to U.S. federal-court judicial assistance." *Intel at 264. In addition, the Japanese courts would be receptive to this Court's assistance. In fact, Japanese courts have been receptive to the discovery assistance made by U.S. Courts. Marubeni Am. Corp. v. LBA Y.K., 335 Fed. Appx. 95, 97-98, 2009 U.S. App. LEXIS 12953, \*7-8 (2d Cir. N.Y. 2009); In re Application of LG Elecs. Deutschland GMBH, 2012 U.S. Dist. LEXIS 70570, \*5, 2012 WL 1836283 (S.D. Cal. May 21, 2012).*

In order to identify the person(s) who are claimed to have defamed SMILE CREATE through the Google accounts in question for purposes of bringing a lawsuit against said person(s) in Japan, it is necessary for SMILE CREATE to obtain the information relevant to the Google account of the Anonymous Defendant.  (Decl. Nakazawa ¶28).

### 2. SMILE CREATE'S'S Discovery Request is Not and Attempt to Circumvent Foreign Proof Restrictions or Policies

"A district court could consider whether §1782(a) request conceals an

attempt to circumvent foreign proof-gathering restrictions or policies of a foreign country or the United States." *Intel. at 265.*

SMILE CREATE is not aware of any restrictions imposed by or any policies under Japanese law limiting proof-gathering proceeding in the manner proposed or for the purposes stated herein. (Decl. Nakazawa ¶30).  In the past, Courts have granted 28 U.S.C. § 1782 applications for use in the proceedings in Japan, both criminal and civil cases.  *Marbueni Am. Corp. at 98; LG Elecs Deutschland GMBH, *5; Okubo v. Reynolds (In re Letters Rogatory from the Tokyo Dist. Prosecutors Office), 16 F.3d 1016, 1018-1019, 1994 U.S. App. LEXIS 2440, *3-6, 94 Cal. Daily Op. Service 1108, 94 Daily Journal DAR 1918, 28 Fed. R. Serv. 3d (Callaghan) 200 (9th Cir. Cal. 1994).*

### 3.  SMILE CREATE'S Request is narrowly tailored to Relevant Information for the Japanese Civil Case and Not Unduly Intrusive or Burdensome

"Unduly intrusive or burdensome requests may be rejected or trimmed." *Intel at 265.*  As shown in the proposed subpoena to Google, LLC attached to the proposed Order submitted with this Application, the discovery request by Applicant is narrowly tailored and limited to the discovery materials related to the subject Google accounts of the Anonymous Defendants through which the identity

of the defendants to the impending Japanese lawsuit can be ascertained, and no further information is required.

It is not burdensome for Google, LLC to provide the basic user information of the anonymous google account holder, and Google has always been compensated for their efforts in retrieving that information by applicants represented by this firm.  (Decl. Nakazawa ¶32).

## III.   CONCLUSION

For the reasons stated above, SMILE CREATE respectfully requests that This Honorable Court grant this application and permit that Okayama to issue the subpoena to Google, LLC, attached to the proposed order submitted within this application.

Respectfully Submitted,


DATED:  May 3, 2021                              **AZIMY LAW, APC**

                                        Elham Azimy, Esq.
                                        Attorney for Applicant,
                                        Medical Incorporated Association
                                        Smile Create dba Jingumae Orthontics

24